# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **JUSTIN WASH**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 3:18-CV-792-RGJ ) |
| **CMH OF KY, INC.** d/b/a **OAKWOOD HOMES** | ) ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant CMH of KY, Inc. by and through its undersigned counsel, hereby respectfully moves the Court to dismiss this proceeding and compel arbitration. In support of its Motion to Dismiss and Compel Arbitration, Defendant relies upon its supporting Memorandum of Law, which is being contemporaneously filed.

This the 25th day of January, 2019.

Respectfully submitted,

*/s/ LaToi D. Mayo*
LaToi D. Mayo
lmayo@littler.com
Sarah T. Laren
slaren@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.259.0067

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this the 25th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

*/s/ LaToi D. Mayo*
LaToi D. Mayo