UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JUSTIN WASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO.: 3:18-CV-00792-RGJ |
| | ) |
| CMH OF KY, INC. | ) |
| d/b/a OAKWOOD HOMES, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR ENTRY OF
PROPOSED AGREED ORDER TO STAY CASE**

Plaintiff, Justin Wash, and Defendant, Oakwood Homes, (collectively "the Parties") respectfully request this Court to enter the Proposed Agreed Order filed contemporaneously with this Motion, which stays the case pending arbitration.

On January 25, 2019 Defendant filed a Motion to Dismiss and Compel Arbitration based on the Arbitration Agreement executed between Wash and the Defendant. The parties agree Arbitration is the proper venue for this action. The parties agree to a stay of the case pending full arbitration of this matter pursuant to the terms of the Arbitration Agreement. The parties agree to the entry of the Proposed Agreed Order to this effect.

When a suit is brought in federal court on issues that by written agreement are subject to arbitration, the Federal Arbitration Act ("FAA") requires that:

> the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration … shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the

-1-

agreement, providing the applicant for the stay is not in default in proceeding with such arbitration. *ATAC Corp. v. Arthur Treacher's, Inc.*, 280 F.3d 1091, 1094–95 (6th Cir. 2002).

The Parties have both agreed to arbitration and request the Court to stay this proceeding pending arbitration so that the Parties may appeal "a final decision with respect to an arbitration that is subject to this title." 9 U.S.C. § 16(a)(3). *Id.*

Therefore, the Parties respectfully request this Court to enter the Proposed Agreed Order.

Date: April 3, 2019

Respectfully submitted,

/s/ Charles D. Matlock
Charles D. Matlock, Atty. No. 97515
Biesecker Dutkanych & Macer, LLC
101 North Seventh Street, Ste. 601
Louisville, Kentucky 40202
Telephone: (502) 561-3443
Facsimile: (812) 424-1005
Email: dmatlock@bdlegal.com

/s/ LaToi D. Mayo (w/ permission)
LaToi D. Mayo
Littler Mendelson, PC – Lexington
333 W. Vine Street, Suite 1720
Lexington, Kentucky 40507
Phone: (859) 317-7974
Fax: (859) 259-0067
Email: lmayo@littler.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of April 2019, a true and correct copy of the foregoing document has been furnished to the below individuals via the Court's electronic filing system and/or by depositing the same in the United States Mail, postage prepaid to defendant's counsel on record.

LaToi D. Mayo
Littler Mendelson, PC – Lexington
333 W. Vine Street, Suite 1720
Lexington, Kentucky 40507
Email: lmayo@littler.com

                                        /s/ Charles D. Matlock
                                        Charles D. Matlock