UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUSTIN WASH     Plaintiff

v.     Civil Action No. 3:18-cv-00792-RGJ

CMH OF KY, INC. d/b/a OAKWOOD HOMES     Defendant

\* \* \* \* \*

## ORDER

The parties have filed a Joint Motion for Entry of Proposed Agreed Order to Stay Case. [DE 11]. Specifically, the parties agree to stay the case pending full arbitration of this matter pursuant to the terms of the Arbitration Agreement previously entered into by the parties. [*Id.*]. When a suit is brought in federal court on issues that are subject to arbitration by written agreement, the Federal Arbitration Act ("FAA") requires that "the court in which the suit is pending . . . shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration." *ATAC Corp. v. Arthur Treacher's, Inc.*, 280 F.3d 1091, 1094–95 (6th Cir. 2002). Neither party here is in default in proceeding with arbitration, and the parties now request that the Court stay this proceeding so that the parties may appeal "a final decision with respect to an arbitration that is subject to this title." 9 U.S.C. § 16(a)(3).

Because the parties' Motion is therefore proper, and being otherwise sufficiently advised, **THE COURT HEREBY ORDERS** that Defendant's Motion to Dismiss and Compel Arbitration [DE 7] is **DENIED AS MOOT**, and the parties' Joint Motion for Entry of Proposed Agreed Order to Stay Case [DE 11] is **GRANTED**.

Cc: Counsel of record